# United States Bankruptcy Court

## Eastern District of North Carolina

In re  PEGGOTTY LOUISE HYATTE        Case No. 13-02265

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Quantum3 Group LLC as agent for | SANTANDER CONSUMER USA |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Quantum3 Group LLC as agent for
NCEP LLC
PO Box 788
Kirkland, WA 98083-0788

Phone:  (425) 242-7100

Last Four Digits of Acct #: 8982

Name and Address where transferee payments should be sent (if different from above):

Phone:

Court Claim # (if known): 1
Amount of Claim: 3541.45
Date Claim Filed: 4/11/2013

Phone:

Last Four Digits of Acct #: 8982

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Steven G. Kane                Date:  7/27/2015
Transferee/Transferee's Agent